JAMES B. CHRISTIE, Appellant, *v.* CERRO DE PASCO
        COPPER CORPORATION, Respondent.

*Master and servant — contract — agreement of master to provide servant
with safe dwelling while resident in foreign country — complaint dis-
missed in action to recover for personal injuries from fall caused by
breaking of railing.*

*Christie* v. *Cerro de Pasco Copper Corp.*, 214 App. Div. 820, affirmed.
(Argued May 26, 1926; decided July 9, 1926.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the second judicial
department, entered August 18, 1925, unanimously
affirming a judgment in favor of defendant entered upon
a dismissal of the complaint by the court at a Trial Term.
The action was to recover for personal injuries alleged to
have been sustained by plaintiff while in the service of
defendant, a New York corporation, in the Republic of
Peru. Plaintiff was injured through the breaking of
the rail of a veranda against which he was leaning. He
claimed to be entitled to recover in this State under a
contract by which defendant agreed to provide him with
a safe and suitable dwelling while in Peru.

*Joseph A. Fagnant* for appellant.

*Clifton P. Williamson* and *Edward W. Bourne* for
respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE and ANDREWS, JJ. Absent: LEHMAN, J.

---

PLANT MANUFACTURING CORPORATION, Appellant, *v.*
    HENRY RENNER et al., Individually and as Copartners,
    under the Firm Name of RENNER & MARAS, Respond-
    ents.

*Contract — principal and agent — action to recover on alleged contract
of agency — complaint dismissed on ground contract too indefinite,
speculative and vague.*

*Plant Mfg. Corp.* v. *Renner*, 214 App. Div. 606, affirmed.
(Argued May 27, 1926; decided July 9, 1926.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial